1  ADAM H. BRAUN, ESQ.
   1880 Century Park East, Suite 710
2  Los Angeles, California 90067-1608
   Telephone: (310) 277-4777
3  Facsimile: (310) 277-4045
   State Bar No. 199544
4
   Attorney for Defendant
5  AVI DABAKAROFF

FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

6

7

8

9              UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13  THE UNITED STATES OF AMERICA,   )  CASE NO. CR 99-936-URC
                                    )
14              Plaintiff,          )
                                    )
15         vs.                      )  [PROPOSED] ORDER
                                    )  RE: DISMISS ARREST WARRANT
16  AVI DABAKAROFF,                 )
                                    )
17              Defendants.         )
                                    )

18  _____

19

20      GOOD CAUSE APPEARING, the arrest warrant issued on September 15, 1999, for

21  Avi Dabakaroff in the above captioned case is ORDERED dismissed.

22

23

24  DATE: 4/7/08            _____
                            HONORABLE PATRICK J. WALSH
25                          UNITED STATES MAGISTRATE JUDGE

26

27

28

[Proposed] Order re: Dismiss Arrest Warrant

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1880 Century Park East, Suite 710, Los Angeles, California 90067.

On April 7, 2008, I served the within

on the interested parties in said action, by placing a true copy thereof, enclosed in a sealed envelope with the postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this _____ day of _____, 2008, at Los Angeles, California.

_____
JANUARY KING

[Proposed] Order re: Dismiss Arrest Warrant